UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| Adam Waters,<br><br>                 Plaintiff,<br>   v.<br><br>Versatile Marketing Solutions, Inc. d/b/a/ Alliance Home Protection; and DOES 1-10, inclusive,<br><br>                 Defendants. | Civil Action No.: 4:13-cv-00010<br><br>**COMPLAINT AND<br>DEMAND FOR JURY TRIAL** |

For this Complaint, the Plaintiff, Adam Waters, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq*. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here, Plaintiff resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

3. The Plaintiff, Adam Waters ("Plaintiff"), is an adult individual residing in Lanesville, Harrison County, Indiana.

4. Defendant Versatile Marketing Solutions, Inc. d/b/a Alliance Home Protection ("Versatile"), is a Texas business entity with an address of 2720 N Stemmons Freeway, Suite 300, Dallas, Texas 75207.

1

5. Does 1-10 (the "Agents") are individual agents and/or employees employed by Versatile and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Versatile at all times acted by and through one or more of the Agents.

## FACTS

7. In or around September 2012, Versatile began calling Plaintiff at his cellular phone xxx-xxx-6136. At all times herein mentioned, Versatile called Plaintiff's telephone using an automated telephone dialer system ("ATDS") and/or using an artificial or prerecorded voice (collectively hereafter "Robocalls").

8. Plaintiff has no prior business relationship with Versatile and never provided Versatile with his telephone number or any other contact information.

9. Plaintiff never requested that Versatile contact him for any reason.

10. On several occasions, Plaintiff spoke with a live representative and directed Versatile to cease the calls to him.

11. Plaintiff also followed the automated prompts to have his telephone number removed from Versatile's call list.

12. Thereafter, Versatile continued placing Robocalls to Plaintiff despite Plaintiff's repeated attempts to cease communications.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, *ET SEQ.*

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

15. The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the Telephone Consumer Protection Act, including every one of the above-cited provisions.

16. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

A. Statutory damages of $500.00 for each violation pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful or intentional pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

## PLAINTIFF DEMANDS TRIAL BY JURY

Dated: January 16, 2013

Respectfully submitted,

By */s/ Amy L. Cueller*

Amy L Cueller, Esq., #15052-49
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff