UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ADAM WATERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:13-cv-10- SEB-WGH |
| vs. ) | |
| ) | |
| VERSATILE MARKETING SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have reported a settlement. It is therefore ORDERED that all dates and deadlines previously established are vacated. Any pending motions are denied as moot.

The parties are ORDERED to finalize their agreement and file the appropriate documents to resolve this cause with the Clerk of the Court on or before December 16, 2013. The failure to do so will result in a DISMISSAL WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b). Additional time to complete the execution of the settlement documents may be granted if requested in writing prior to the expiration of this period of time.

IT IS SO ORDERED.

Date: 10/30/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Sean M. Clapp
CLAPP FERRUCCI
sean@seanmclapp.com

Amy L. Cueller
LEMBERG & ASSOCIATES, LLC
acueller@lemberglaw.com

Elizabeth M. Ellis
CLAPP FERRUCCI
beth@seanmclapp.com