UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

Acknowledged.
Date: 12/05/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| Adam Waters, <br><br> Plaintiff, <br><br> v. <br><br> Versatile Marketing Solutions, Inc. d/b/a/ Alliance Home Protection; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 4:13-cv-00010-SEB-WGH |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Adam Waters | Versatile Marketing Solutions, Inc. d/b/a/ Alliance Home Protection |
|---|---|
| /s/ Amy L. Cueller | /s/ Elizabeth M. Ellis |
| Amy L. Cueller, Esq., #15052-49 <br> LEMBERG & ASSOCIATES, LLC <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> E-Mail: acueller@lemberglaw.com <br> Attorney for Plaintiff | Elizabeth M. Ellis, Esq., # 28236-29 <br> CLAPP FERRUCCI <br> 8766 South Street, Suite 220 <br> Fishers, IN 46038 <br> (317) 578-9966 <br> Email: beth@SeanMClapp.com <br> Attorney for Defendant |

Copies to:

Electronically registered counsel of record via ECF.